FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.
DEC -5 P 12: 04
CLERK
S.D. OF GA.

# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| JOHN WILLIAM ROOSEVELT, | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 2:17-cv-116 |
| v. | * | |
| JEFFREY C. WILLIAMS, | * | |
| Defendant. | * | |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 5, to which Plaintiff failed to file Objections.[1] Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES** Plaintiff's Complaint for failure to state a claim and **DENIES** Plaintiff *in forma pauperis* status on appeal.

---

[1] Plaintiff filed a letter in which he states he lacks funds to pay for a copy of the Federal Rules of Civil Procedure. Dkt. No. 7. To the extent this letter can be construed as Plaintiff's Objections to the Report and Recommendation, the Court **OVERRULES** Plaintiff's Objections. Plaintiff would not need access to the Federal Rules in order to formulate his Objections to the Report and Recommendation, as the Magistrate Judge's recommended disposition of Plaintiff's Complaint hardly relied on these Rules.

The Court **DIRECTS** the Clerk of Court to **CLOSE** this case and to enter the appropriate judgment of dismissal.

**SO ORDERED**, this _5_ day of _December_, 2017.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA